AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DYE SEED, INC.,

                              Plaintiff,

                          v.

FARMLAND MUTUAL INSURANCE COMPANY,

                              Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-218-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Partial Summary Judgment is GRANTED.

| | |
|---|---|
| June 19, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |